IN THE MATTER OF REZZA MOTORS, INC.,
CHARGED WITH CONTEMPT OF COURT.

February 15, 1972.  Petition for certification denied.

IN THE MATTER OF EDUCATION ASSOCIATION
OF PASSAIC, INC., *ET AL.*

February 22, 1972.  Petition for certification denied.